```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 41060
   PATRICK A JOHN
   ANTOINETTE ANDREWS-JOHN                    CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-3784      SSN XXX-XX-5298
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/04/04 and confirmed on 01/07/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 82849.04 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | 37474.05 | .00 | 37474.05 |
| EMC MORTGAGE | MORTGAGE ARRE | 11393.72 | .00 | 11393.72 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 6675.00 | 293.70 | 6675.00 |
| GREENBROOK TANGLEWOOD | SECURED | 1579.00 | 109.55 | 1579.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 2134.17 | .00 | 2134.17 |
| DISCOVER BANK | UNSECURED | 3972.48 | .00 | 3972.48 |
| DANIEL CHIN MD | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 1530.86 | .00 | 1530.86 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1587.25 | .00 | 1587.25 |
| CHECK N CO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIZENS FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF COUNTRY CLUB HIL | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY COMPANIES INSURA | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | FILED LATE | .00 | .00 | .00 |

```
JEFFERSON CAPITAL SYSTEM  UNSECURED        1315.50             .00        1315.50
HOUSEHOLD RECOVERY SERVI  UNSECURED      NOT FILED             .00            .00
HURLEY STATE BANK         UNSECURED      NOT FILED             .00            .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED         339.02             .00         339.02
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED             .00            .00
NATIONAL CREDITOR ADJUST  UNSECURED      NOT FILED             .00            .00
NORDSTROM                 UNSECURED      NOT FILED             .00            .00
OBERWEIS DAIRY            UNSECURED      NOT FILED             .00            .00
RADIO SHACK               UNSECURED      NOT FILED             .00            .00
SPRINT                    UNSECURED      NOT FILED             .00            .00
T MOBILE                  UNSECURED         137.18             .00         137.18
USA PAYDAY LOANS          UNSECURED      NOT FILED             .00            .00
AMERICREDIT FINANCIAL     UNSECURED        8730.39             .00        8730.39
AMERICASH LOANS           UNSECURED         296.14             .00         296.14
ECAST SETTLEMENT CORPORA  UNSECURED         982.21             .00         982.21
US DEPARTMENT OF EDUCATI  UNSECURED - C       .00              .00            .00
```

Summary of disbursements:
```
                        SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED     57121.77           .00     21025.20         .00     78146.97
PRINCIPAL PAID         57121.77           .00     21025.20         .00     78146.97
INTEREST PAID            403.25           .00          .00         .00       403.25
TOTAL PAID             57525.02           .00     21025.20         .00     78550.22
```
The Debtor's attorney, PETER FRANCIS GERACI               , was allowed $   2700.00
and was paid $   2700.00   direct and $        .00   through the plan.

The Trustee received $   3375.42 .

Refunds to the Debtor totaled $    923.40 .



        Dated: 11/16/07                      /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
CASE NO. 04 B 41060 PATRICK A JOHN & ANTOINETTE ANDREWS-JOHN
```